AO 10
Rev. 1/2006

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>O'Neill, Lawrence J | 2. Court or Organization<br><br>Eastern District of California | 3. Date of Report<br><br>04/08/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Article III Judge (active) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,     Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>5b. ☒ Amended Report | 6. Reporting Period<br>01/01/2007<br>to<br>12/31/2007 |
| 7. Chambers or Office Address<br><br>United States Courthouse<br>2500 tulare Street<br>Fresno, California 93721 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Trust #1 |
| 2. Board of Director | Federal Bar Association |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1999 | State of California Judges Retirement Plan (pension commences at age 62) |
| 2. | |
| 3. | |

RECEIVED 2008 APR 14 AM 11: 30 DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X]   NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.* *(Dollar amount not required except for honoraria.)*

[X]   NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ]   NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | American Business Trial Lawyers Association | Hotel reimbursement for two nights in Napa, California at the annual ABTL conference. I was a panelist and presented. (less than $500) |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Neill, Lawrence J | 04/08/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Neill, Lawrence J | 04/08/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. I shares S & P 100 Index (schwab) | C | Interest | L | T | buy | 01-29 | L | | |
| 2. Prudential Fin Inc (Schwab acct) | C | Interest | L | T | buy | 01-26 | L | | |
| 3. Cohen and Steers Intl Realty (Schwab) | B | Dividend | K | T | buy | 01-29 | K | | |
| 4. Masters Select Opportunity Fund (Schwab) IRA | B | Interest | J | T | buy | 01-29 | K | | |
| 5. Metropolital West STrategic Income (Schwab) IRA | B | Dividend | K | T | buy | 01-29 | K | | |
| 6. North Track Geneva Growth Fund (Schwab) IRA | A | Interest | J | T | buy | 01-29 | K | | |
| 7. RS Global Natural Resources Fund (Schwab) IRA | B | Interest | K | T | buy | 01-29 | K | | |
| 8. Kensington Strategic Realty Fund (Schwab) IRA | A | Distribution | J | T | buy | 01-29 | J | | |
| 9. Kensington Strategic Realty Fund (Schwab) IRA | A | Distribution | | | sell | 07-03 | J | | |
| 10. Dodge and Cox International Stock (schwab) IR A | A | Dividend | J | T | buy | 01-29 | J | | |
| 11. Tweedy Brown Golbal Fund (Schwab) IRA | B | Dividend | K | T | buy | 01-29 | K | | |
| 12. American Fund Capital World Bond Fund (Schwab) IRA | B | Interest | K | T | buy | 01-29 | K | | |
| 13. Dodge and Cox Inter stock Fund (schwab) | A | Dividend | K | T | buy | 01-29 | K | | |
| 14. Artisan Intl Small Cap Fund (Schwab) | B | Interest | K | T | buy | 01-29 | K | | |
| 15. Masters Select Opp Fund (Schwab) | B | Interest | K | T | buy | 01-29 | K | | |
| 16. Masters Select Smaller C. fund (Schwab) | B | Interest | K | T | buy | 01-29 | K | | |
| 17. Kensington Select Income CL (Schwab( IRA | A | Interest | J | T | buy | 01-29 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1)<br>Amount Code 1<br>(A-H) | (2)<br>Type (e.g. div., rent, or int.) | (1)<br>Value Code 2<br>(J-P) | (2)<br>Value Method Code 3<br>(Q-W) | (1)<br>Type (e.g. buy, sell, merger, redemption) | (2)<br>Date Month - Day | (3)<br>Value Code 2<br>(J-P) | (4)<br>Gain Code 1<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| 18. Public Storage, Inc. (Schwab) IRA | C | Interest | | | sell | 01-30 | K | | |
| 19. Longleaf Partners Fund (Schwab) | C | Interest | L | T | buy | 01-29 | K | | |
| 20. Longleaf Partners Fund (Schwab) (IRA) | C | Interest | J | T | buy | 01-29 | J | | |
| 21. Wells Fargo Bank Trust #1 | A | Interest | J | T | | | | | |
| 22. Ameican Fund New World (Schwab) IRA | B | Dividend | K | T | buy | 01-24 | K | | |
| 23. Oakmark Select Fund (Schwab) IRA | A | Dividend | K | T | buy | 01-24 | K | | |
| 24. Kensington Select Income (Schwab) IRA | A | Dividend | K | T | buy | 01-24 | J | | |
| 25. Vanguard Money Mkt Acct | B | Interest | | | sell | 10-08 | J | | |
| 26. Clovis Community Bank | A | Interest | J | T | | | | | |
| 27. Argonaut Corp, Livermore, California 1985 $84,200 Trust #1 | D | Distribution | M | R | | | | | |
| 28. Columbia Housing IX Ltd prtner 1988 $25,767 (trust #1) | B | Distribution | K | R | | | | | |
| 29. American Funds: Cash Management Fund (Trust #1) | A | Interest | | | sell | 10-08 | | | |
| 30. American Funds: New Perspective Fund (trust #1) | C | Dividend | K | T | | | | | |
| 31. American Funds: Europacific (Trust #1) | C | Dividend | | | sell | 03-13 | J | | |
| 32. American Funds: Fundamental INvestors (trust #1) | C | Dividend | J | T | | | | | |
| 33. American Funds: Bond Fund of American (trust #1) | B | Dividend | | | sell | 07-25 | J | | |
| 34. San Francisco Calif City/County Public Utility bonds | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes<br>(See Column C2) | P3 =$25,000,001 - $50,000,000<br>Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | P4 =More than $50,000,000<br>S =Assessment<br>W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS *– income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. American Funds: High Income (trust #1) | A | Dividend | | | sell | 03-13 | K | | |
| 36. First Trust Corp (IRA)(Trust)) | | None | | | rollover | 01-29 | N | | |
| 37. Vanguard Intermediate Acct (Trust #1) | | None | L | T | | | | | |
| 38. SFG Inc Fund of Renton, Wa. (trust #1) | D | Interest | M | T | | | | | |
| 39. Datalynx (IRA) (trust #1) | | None | | | rollover | 01-29 | | | |
| 40. Wells Fargo Bank, acct #2 | A | Interest | J | T | | | | | |
| 41. Calif EDL FACs Authority Municipal Bond | A | Dividend | J | T | | | | | |
| 42. Desert Funding, Inc. Mortgage Note (Trust #1) | D | Interest | M | T | | | | | |
| 43. Macwest Riverside Housing Inv, LLC | | None | M | U | | | | | |
| 44. Antelope Valley, Calif Union High School Dist Bonds | A | Interest | J | T | | | | | |
| 45. California State University Revenue Muni Bond | A | Interest | K | T | | | | | |
| 46. Dallas/Ft. Worth, Texas Intl Muni Bond | B | Interest | K | T | | | | | |
| 47. Oregon Go Elderly/Disabled muni bond | A | Interest | J | T | | | | | |
| 48. Oregon HSG and Community SVCS Rev muni bond | B | Interest | K | T | | | | | |
| 49. Oregon State Muni Bond | A | Interest | J | T | | | | | |
| 50. Port of Oregon Airport muni bond | A | Interest | | | sell | 07-03 | K | | |
| 51. Puerto Rico Electric Power Muni bond | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Neill, Lawrence J | 04/08/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. San Francisco Intl Airport muni Bond | A | Interest | J | T | | | | | |
| 53. St. Louis MO Airport muni bond | A | Interest | J | T | | | | | |
| 54. Bank of America interno corporate bonds | B | Interest | | | sell | 01-31 | K | | |
| 55. Bank of America Sub Not corporate bonds | B | Interest | K | T | | | | | |
| 56. Bear Stearns COS Inc corporate bonds | B | Interest | | | sell | 01-31 | K | | |
| 57. Caterpillar Finl SVCS Power corporate bonds | B | Interest | | | sell | 01-26 | K | | |
| 58. Citigroup Global Med Term note | B | Interest | | | sell | 01-31 | K | | |
| 59. General Electric Cap Corporate bond | A | Interest | J | T | | | | | |
| 60. GTE North Inc bond | A | Interest | J | T | | | | | |
| 61. Household Fin Corp bond | B | Interest | | | sell | 01-31 | K | | |
| 62. J.P. Morgan Chase & Co Corp bond | B | Interest | | | sell | 01-26 | K | | |
| 63. Key Bank corporate bond | B | Interest | K | T | | | | | |
| 64. Laclede Gas Co 1st mortgage | B | Interest | J | T | | | | | |
| 65. Marshall & Ilsley Corp corporate bond | B | Interest | | | sell | 01-26 | K | | |
| 66. Pacfric Bell corp bond | B | Interest | K | T | | | | | |
| 67. Providence Gas Co bond | A | Interest | J | T | | | | | |
| 68. Prudential Finl Inc corporate bond | B | Interest | K | T | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Neill, Lawrence J | 04/08/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Southwestern Bell Te. Co corporate bond | B | Interest | K | T | | | | | |
| 70. Verizon MD, Inc corporate bond | B | Interest | | | sell | 01-26 | K | | |
| 71. Bank of America stock | A | Dividend | J | T | | | | | |
| 72. American Funds, Fund Inv F, | B | Dividend | J | T | buy | 01-26 | K | | |
| 73. Healthcare Realty Inc. stock | A | Dividend | | | sell | 01-23 | J | | |
| 74. New York Community Bancorp Inc stock | | None | | | sell | 01-23 | K | | |
| 75. Capital World Growth and Income mutual fund | A | Interest | J | T | | | | | |
| 76. Pureto Rico Convention Center bonds | B | Interest | K | T | | | | | |
| 77. Contra Costa Community College bonds | A | Interest | J | T | | | | | |
| 78. Encinitas Ca Public Library Constructiion Bonds | A | Interest | J | T | buy | 01-23 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Neill, Lawrence J | 04/08/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| O'Neill, Lawrence J | 04/08/2008 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and bonoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____          Date _April 8, 2008_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

AO 10
Rev. 1/2006

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| O'Neill, Lawrence J | Eastern District of California | 03/04/2008 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Article III Judge (active) | ☐ Nomination, Date<br>☐ Initial ☒ Annual ☐ Final<br><br>5b. ☐ Amended Report | 01/01/2007 to 12/31/2007 |

| 7. Chambers or Office Address | 8. On the basis of the information contained In this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| United States Courthouse<br>2500 tulare Street<br>Fresno, California 93721 | Reviewing Officer_____ Date_____ |

> ***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Trust #1 |
| 2. Board of Director | Federal Bar Association |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1999 | State of California Judges Retirement Plan (pension commences at age 62) |
| 2. | |
| 3. | |

FINANCIAL DISCLOSURE 2008 MAR 10 A 9 55 RECEIVED

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | American Business Trial Lawyers Association | Hotel reimbursement for two nights in Napa, California at the annual ABTL conference. I was a panelist and presented. (less than $500) |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Neill, Lawrence J | 03/04/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Neill, Lawrence J | 03/04/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. I shares S & P 100 Index (schwab) X | C | Interest | L | T | buy | 01-29 | | | |
| 2. Prudential Fin Inc (Schwab acct) X | C | Interest | L | T | buy | 01-26 | | | |
| 3. Cohen and Steers Intl Realty (Schwab) X | B | Dividend | K | T | buy | 01-29 | | | |
| 4. Masters Select Opportunity Fund (Schwab) IRA X | B | Interest | J | T | buy | 01-29 | | | |
| 5. Metropolital West STrategic Income (Schwab) IRA X | B | Dividend | K | T | buy | 01-29 | | | |
| 6. North Track Geneva Growth Fund (Schwab) IRA X | A | Interest | J | T | buy | 01-29 | | | |
| 7. RS Global Natural Resources Fund (Schwab) IRA X | B | Interest | K | T | buy | 01-29 | | | |
| 8. Kensington Strategic Realty Fund (Schwab) IRA X | A | Distribution | J | T | buy | 01-29 | | | |
| 9. Kensington Strategic Realty Fund (Schwab) IRA X | A | Distribution | J | T | sell | 07-03 | | | |
| 10. Dodge and Cox International Stock (schwab) IRA X | A | Dividend | J | T | buy | 01-29 | | | |
| 11. Tweedy Brown Golbal Fund (Schwab) IRA X | B | Dividend | K | T | buy | 01-29 | | | |
| 12. American Fund Capital World Bond Fund (Schwab) IRA X | B | Interest | K | T | buy | 01-29 | | | |
| 13. Dodge and Cox Inter stock Fund (schwab) X | A | Dividend | K | T | buy | 01-29 | | | |
| 14. Artisan Intl Small Cap Fund (Schwab) X | B | Interest | K | T | buy | 01-29 | | | |
| 15. Masters Select Opp Fund (Schwab) X | B | Interest | K | S | buy | 01-29 | | | |
| 16. Masters Select Smaller C. fund (Schwab) X | B | Interest | K | T | buy | 01-29 | | | |
| 17. Kensington Select Income CL (Schwab( IRA X | A | Interest | J | T | buy | 01-29 | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Neill, Lawrence J | 03/04/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Public Storage, Inc. (Schwab) X | C | Interest | L | T | buy | 01-30 | | | |
| 19. Longleaf Partners Fund (Schwab) X | C | Interest | L | T | buy | 01-29 | | | |
| 20. Longleaf Partners Fund (Schwab) (IRA) X | C | Interest | J | T | buy | | | | |
| 21. Wells Fargo Bank Trust #1 | A | Interest | J | T | | | | | |
| 22. Ameican Fund New World (Schwab) IRA X | B | Dividend | K | T | buy | 01-24 | | | |
| 23. Oakmark Select Fund (Schwab) IRA X | A | Dividend | K | T | buy | 01-24 | | | |
| 24. Kensington Select Income (Schwab) X | A | Dividend | K | T | buy | 01-24 | | | |
| 25. Vanguard Money Mkt Acct | B | Interest | L | T | sell | 10-08 | J | | |
| 26. Clovis Community Bank | A | Interest | J | T | | | | | |
| 27. Argonaut Corp, Livermore, California 1985 $84,200 Trust #1 | D | Distribution | M | R | | | | | |
| 28. Columbia Housing IX Ltd prtner 1988 $25,767 (trust #1) | B | Distribution | K | R | | | | | |
| 29. American Funds: Cash Management Fund (Trust #1) | A | Interest | K | T | sell | 10-08 | | | |
| 30. American Funds: New Perspective Fund (trust #1) | C | Dividend | K | T | | | | | |
| 31. American Funds: Europacific (Trust #1) | C | Dividend | | T | sell | 03-13 | J | | |
| 32. American Funds: Fundamental INvestors (trust #1) | C | Dividend | J | T | | | | | |
| 33. American Funds: Bond Fund of American (trust #1) | B | Dividend | J | T | sell | 07-25 | J | | . |
| 34. San Francisco Calif City/County Public Utility bonds | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | T =Cash Market | | |
| | U =Book Value | | S =Assessment | | |
| | | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Neill, Lawrence J | 03/04/2008 |

## VII. INVESTMENTS and TRUSTS  – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. American Funds: High Income (trust #1) | A | Dividend | | T | sell | 03-13 | K | | |
| 36. First Trust Corp (IRA)(Trust)) | | None | L | T | rollover | 01-29 | N | | |
| 37. Vanguard Intermediate Acct (Trust #1) | | None | L | T | | | | | |
| 38. SFG Inc Fund of Renton, Wa. (trust #1) | D | Interest | M | T | | | | | |
| 39. Datalynx (IRA) (trust #1) | | None | M | T | rollover | 01-29 | | | |
| 40. Wells Fargo Bank, acct #2 | A | Interest | J | T | | | | | |
| 41. Calif EDL FACs Authority Municipal Bond | A | Dividend | J | T | | | | | |
| 42. Desert Funding, Inc. Mortgage Note (Trust #1) | D | Interest | M | T | | | | | |
| 43. Macwest Riverside Housing Inv, LLC | | None | M | U | | | | | |
| 44. Antelope Valley, Calif Union High School Dist Bonds | A | Interest | J | T | | | | | |
| 45. California State University Revenue Muni Bond | A | Interest | K | T | | | | | |
| 46. Dallas/Ft. Worth, Texas Intl Muni Bond | B | Interest | K | T | | | | | |
| 47. Oregon Go Elderly/Disabled muni bond | A | Interest | J | T | | | | | |
| 48. Oregon HSG and Community SVCS Rev muni bond | B | Interest | K | T | | | | | |
| 49. Oregon State Muni Bond | A | Interest | J | T | | | | | |
| 50. Port of Oregon Airport muni bond | A | Interest | | | | | | | |
| 51. Puerto Rico Electric Power Muni bond | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | |
| (See Column C2) | Q =Appraisal | | V =Other | S =Assessment | T =Cash Market |
| | U =Book Value | | | W =Estimated | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Neill, Lawrence J | 03/04/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. San Francisco Intl Airport muni Bond | A | Interest | J | T | | | | | |
| 53. St. Louis MO Airport muni bond | A | Interest | J | T | | | | | |
| 54. Bank of America interno corporate bonds | B | Interest | | T | sell | 01-31 | K | | |
| 55. Bank of America Sub Not corporate bonds | B | Interest | K | T | | | | | |
| 56. Bear Stearns COS Inc corporate bonds | B | Interest | | T | sell | 01-31 | K | | |
| 57. Caterpillar Finl SVCS Power corporate bonds | B | Interest | | T | sell | 01-26 | K | | |
| 58. Citigroup Global Med Term note | B | Interest | | T | sell | 01-31 | K | | |
| 59. General Electric Cap Corporate bond | A | Interest | J | T | | | | | |
| 60. GTE North Inc bond | A | Interest | J | T | | | | | |
| 61. Household Fin Corp bond | B | Interest | | T | sell | 01-31 | K | | |
| 62. J.P. Morgan Chase & Co Corp bond | B | Interest | | T | sell | 01-26 | K | | |
| 63. Key Bank corporate bond | B | Interest | K | T | | | | | |
| 64. Laclede Gas Co 1st mortgage | B | Interest | J | T | | | | | |
| 65. Marshall & IIsley Corp corporate bond | B | Interest | | T | sell | 01-26 | K | | |
| 66. Pacifric Bell corp bond | B | Interest | K | T | | | | | |
| 67. Providence Gas Co bond | A | Interest | J | T | | | | | |
| 68. Prudential Finl Inc corporate bond | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Neill, Lawrence J | 03/04/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Southwestern Bell Te. Co corporate bond | B | Interest | K | T | | | | | |
| 70. Verizon MD, Inc corporate bond | B | Interest | | T | sell | 01-26 | K | | |
| 71. Bank of America stock | A | Dividend | J | T | | | | | |
| 72. American Funds, Fund Inv F, | B | Dividend | J | T | buy | 01-26 | | | |
| 73. Healthcare Realty Inc. stock | A | Dividend | | T | sell | 01-23 | J | | |
| 74. New York Community Bancorp Inc stock | | Dividend | | T | sell | 01-23 | K | | |
| 75. Capital World Growth and Income mutual fund | A | Interest | J | T | | | | | |
| 76. Pureto Rico Convention Center bonds X | B | Interest | K | T | | | | | |
| 77. Contra Costa Community College bonds X | A | Interest | J | T | | | | | |
| 78. Encinitas Ca Public Library Constructiion Bonds | A | Interest | J | T | buy | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Neill, Lawrence J | 03/04/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| O'Neill, Lawrence J | 03/04/2008 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____ Date _March 4, 2008_

NOTE: ANY I███████████████████████LSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544